KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-7017
Fax:              (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> Petitioner,  ) <br> ) <br> v.  ) <br> ) <br> **IASCO (fka International Air Service Company),** ) <br> ) <br> Respondent.  ) <br> ) | No. C-06-4421-SC <br><br> **APPLICATION TO DISMISS VERIFIED PETITIONS TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES AND ORDER** |
| **UNITED STATES OF AMERICA** ) <br> ) <br> Petitioner,  ) <br> ) <br> v.  ) <br> ) <br> **IASCO (fka International Air Service Company),** ) <br> ) <br> Respondent.  ) <br> ) | No. C-06-4422-SC |
| **UNITED STATES OF AMERICA** ) <br> ) <br> Petitioner,  ) <br> ) <br> v.  ) <br> ) <br> **IASCO (fka International Air Service Company),** ) <br> ) <br> Respondent.  ) <br> ) | No. C-06-4423-SC |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA ) | No. C-06-4424-SC |
| 2 | Petitioner, ) | |
| 3 | v. ) | |
| 4 | IASCO (fka International Air Service Company), ) | |
| 5 | Respondent. ) | |

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA ) | No. C-06-4425-SC |
| 8 | Petitioner, ) | |
| 9 | v. ) | |
| 10 | IASCO (fka International Air Service Company), ) | |
| 11 | Respondent. ) | |

The United States of America dismisses the Petitions To Enforce filed on July 19, 2006 because the respondent has complied with the summonses.

KEVIN V. RYAN
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED:

DATED:  11/14/06

SAM
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*